IN THE UNITED STATES
DISTRICT COURT SOUTHERN DISTRICT
OF MISSISSIPPI
SOUTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
DEC 07 2015
ARTHUR JOHNSTON
BY _____ DEPUTY

1:15cv400 HSO-JCG

ALLEN R. BLAIR                                              PLAINTIFF

JURY DEMAND

V.S

YUM BRANDS, TACO BELL                                       DEFENDANTS

COMPLAINT

COMES NOW, PLAINTIFF, ALLEN R. BLAIR, PRO SE, AND FOR CAUSE OF ACTION AGAINST THE DEFENDANTS, YUM BRANDS, TACO BELL, WOULD STATE:

## JURISDICTION

THE INCIDENCE HAPPENED IN HARRISON COUNTY, MISSISPPI 39503

## I.

PLAINTIFF IS AN RESIDENT OF THE COUNTY OF HARRISON, STATE OF MISSISSIPPI. THE DEFENDANTS YUM BRANDS, TACO BELL IS AN ADULT RESIDENT CITIZEN OF THE COUNTYS OF JEFFERSON, ORANGE, STATE OF KENTUCKY, CALIFORNIA.

RESPECTFULLY SUBMITTED, THIS THE 7 DAY OF DECEMBER, 2015

*Alley R. Blair*

# FACT

MY NAME IS ALLEN R. BLAIR, I WAS RECENTLY AN EMPLOYEE OF TACO BELL, ADDRESS; 11423 HIGHWAY 49 GULFPORT, MS 39503 MY EXTENT OF EMPLOYMENT WAS "SLAVERY," HOURS ABSTRACTED FROM LABOR CARD. SUBTRACTION OF DOCUMENTED TIME, IF I WOULDN'T ADHEED TO THE AREA COACH, AND GENERAL MANAGER WISHES FOR PROFITABLE BENIFITS. I HAVE A COPY OF A SCHEDULE, IN WHICH THE HOURS WASN'T PROCESSED IN PAYROLL. JANUARY 31, 1865 WAS THE BEGINING OF THE ABOLISHING OF SLAVERY DECEMBER 13, 1865 IT WAS AMENDED DOES THIS STILL STAND TRUE.

# FACT CONT'd

On December 6, 2015 I was termanated from service because I gave voice to my civil rights being violated. Area Coach being Nick, in which what I was allowed to know his idenity as, gave April the General Manager, the go ahead after she informed him of my rebellion of my rights being violated. We had to sell things they personally profitted from or there would be computer changes.

## RELIEF

FOR THIS HORRENDOS ACT I IMPOSE THE COURT TO OBTAIN THE AMOUNT OF TWO HUNDRED AND FIFTY MILLION

$250,000,000

RESPECTFULLY SUBMITTED, THIS THE 7 DAY OF ~~DECEMBER~~, 2015.

*Allen R. Blair*

ALLEN R. BLAIR

623 GEORGIA ST.

GULFPORT, MS 39501

228 313 4324