DISTRICT JUDGE:

REFFERENCE: SUL OZERDEN

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
DEC 10 2015
ARTHUR JOHNSTON
BY _____ DEPUTY

12/10/2015

ALLEN R. BLAIR                                    PLAINTIFF

VS            CASE: 1:15-CV-00400-HSO-JCG

YUM BRANDS, TACO BELL              DEFENDENT

AMENDED COMPLAINT,
TO CORRECT
POINT OF INCIDENT,

I, ALLEN R. BLAIR, MOVES TO HAVE THE ADDRESS ON DOCUMENT CHANGED. THE CORRECT ADDRESS IS,

9384 HIGHWAY 49
GULFPORT, MS 39503

I WOULD LIKE TO HUMBLY ASK YOUR TIME AND PATIENCE TO EXCUSE MY CLUMSINESS BUT, FROM THE STRESS OF MY UNEMPLOYMENT, AND RESEARCH I WWW. THE ADDRESS.

RESPECTFULLY SUBMITTED THIS THE 10 DAY OF DECEMBER, 2015

*Allen R. Blain*

6023 GEORGIA ST.
GULFPORT, MS
39501