**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mr. Allen R. Blair
   623 Georgia St.
   Gulfport, MS 39501

   Civ. Act. No. 1:15cv400

2. Article Number
   (Transfer from service label)

   7014 1820 0001 4995 1190

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  *Allen R. Blair*
   ☒ Agent
   ☐ Addressee

B. Received by (Printed Name)
   Allen Blair

C. Date of Delivery
   12/10/15

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail®      ☐ Priority Mail Express™
   ☐ Registered           ☒ Return Receipt for Merchandise
   ☐ Insured Mail         ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, July 2013          Domestic Return Receipt