AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

ALLEN R. BLAIR
_____
Plaintiff(s)

v.

TACO BELL, YUM BRANDS
_____
Defendant(s)

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 1:15-CV-400-HSO-JCG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

TACO BELL
1 GLEN BELL WAY
IRVINE, CA 92618

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ALLEN R. BLAIR
623 GEORGIA ST.
GULFPORT, MS 39501

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON

CLERK OF COURT

Date: 1-6-16

_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

ALLEN R. BLAIR
*Plaintiff(s)*

v.

Civil Action No. 1:15-CV-400-HSO-JCG

YUM BRANDS, TACO BELL
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* YUM BRANDS
1441 GARDINER LN.
LOUISVILLE, KY 40213

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: ALLEN R. BLAIR
623 GEORGIA ST.
GULFPORT, MS 39501

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON

CLERK OF COURT

Date: 1-6-16

*Signature of Clerk or Deputy Clerk*