AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Yum Brands_____
was received by me on *(date)* __1/14/2016__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Leslie Hansford_____ , who is
designated by law to accept service of process on behalf of *(name of organization)* __Yum Brands__
_____ on *(date)* __2/2/2016__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __2/2/2016__

_____
Server's signature

__Ron Walker Dusan__
Printed name and title

__601 W Broadway St 114 Louisville, KY 40202__
Server's address

Additional information regarding attempted service, etc:



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 11 2016
ARTHUR JOHNSTON
BY _____ DEPUTY

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

ALLEN R. BLAIR
*Plaintiff(s)*

v.

Civil Action No. 1:15-CV-400-HSO-JCG

YUM BRANDS, TACO BELL
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* YUM BRANDS
1441 GARDINER LN.
LOUISVILLE, KY 40213

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: ALLEN R. BLAIR
623 GEORGIA ST.
GULFPORT, MS 39501

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON

CLERK OF COURT

Date: 1-6-16

*Signature of Clerk or Deputy Clerk*

**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| ALLEN R. BLAIR | 1:15cv400 HSO-JCG |
| **DEFENDANT** | **TYPE OF PROCESS** |
| TACO BELL, YUM BRANDS | CIVIL - PRIVATE (S&C) |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Yum Brands
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1441 Gardiner Ln., Louisville, Kentucky 40213

RECEIVED USMS W/KY LOU 2016 JAN 14 AM 10:42

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Allen R. Blair
623 Georgia Street
Gulfport, MS 39501

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 2
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT     TELEPHONE NUMBER     DATE

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 2 | No. A43 | No. 033 | TAMMY MITCHELL (Digitally signed) | 1/8/2016 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Leslie Hansford

Address *(complete only different than shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 2/2/2016    Time: 11:30 ☒ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65.00 | $7.78 | | $72.78 | | $0.00 |

REMARKS: 7.2 miles one way

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80