**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**ALLEN R. BLAIR**                                                                                  **PLAINTIFF**

**V.**                                      **CIVIL ACTION NO. 1:15-cv-00400-HSO-JCG**

**YUM BRANDS
TACO BELL**                                                                         **DEFENDANTS**

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7(c) of the Uniform Local Rules of the United States District Court for the Southern District of Mississippi, Defendants, YUM! Brands, Inc. and Taco Bell of America, LLC make the following disclosures: YUM! Brands, Inc., a publicly traded corporation, wholly owns Taco Bell of America, LLC. There is no publicly held entity that owns ten percent (10%) or more of YUM! Brands, Inc.'s stock.

This the 17th day of February, 2016.

                                                                           Respectfully submitted,

                                                                           YUM! BRANDS, INC. AND
                                                                           TACO BELL OF AMERICA, LLC
                                                                           DEFENDANTS

BY:    */s/ Robin Banck Taylor*
            Robin Banck Taylor (MS Bar No. 100195)
            robin.taylor@ogletreedeakins.com
            Blythe K. Lollar (MS Bar No. 104554)
            blythe.lollar@ogletreedeakins.com
            OGLETREE, DEAKINS, NASH, SMOAK
            & STEWART, P.C.
            100 Renaissance, Suite 200
            1022 Highland Colony Parkway
            Ridgeland, Mississippi 39157
            Telephone: (601) 360-8444
            Facsimile: (601) 360-0995

            **ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

I, the undersigned counsel, certify that I electronically filed the foregoing with the Clerk of the Court using the ECF system and served a true and correct copy of said document via U.S. Certified Mail, return receipt requested, to the following:

Allen R. Blair
623 Georgia Street
Gulfport, Mississippi 39501
(228) 313-4324

**PRO SE PLAINTIFF**

This, the 17th day of February, 2016.

></br>*/s/ Robin Banck Taylor*
></br>Robin Banck Taylor

23873807.1