**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**ALLEN R. BLAIR**                                                                     **PLAINTIFF**

**V.**                             **CIVIL ACTION NO. 1:15-cv-00400-HSO-JCG**

**YUM BRANDS
TACO BELL**                                                                       **DEFENDANTS**

**<u>NOTICE OF APPEARANCE</u>**

COMES NOW Blythe K. Lollar of the law firm of OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C., and provides notice of appearance as counsel on behalf of the Defendant in the above styled and numbered cause.

This the 17th day of February, 2016.

                                                      Respectfully submitted,

                                                      YUM! BRANDS, INC. AND
                                                      TACO BELL OF AMERICA, LLC
                                                      DEFENDANTS

                      BY:    /s/Blythe K. Lollar
                                 Blythe K. Lollar (MS Bar No. 104554)
                                 blythe.lollar@ogletreedeakins.com
                                 Robin Banck Taylor (MS Bar No. 100195)
                                 robin.taylor@ogletreedeakins.com
                                 OGLETREE, DEAKINS, NASH, SMOAK
                                 & STEWART, P.C.
                                 100 Renaissance, Suite 200
                                 1022 Highland Colony Parkway
                                 Ridgeland, Mississippi 39157
                                 Telephone: (601) 360-8444
                                 Facsimile: (601) 360-0995

                                 **ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

I, the undersigned counsel, certify that I electronically filed the foregoing with the Clerk of the Court using the ECF system and served a true and correct copy of said document via U.S. Certified Mail, return receipt requested, to the following:

Allen R. Blair
623 Georgia Street
Gulfport, Mississippi 39501
(228) 313-4324

**PRO SE PLAINTIFF**

This, the 17th day of February, 2016.

/s/Blythe K. Lollar
Blythe K. Lollar

23876776.1