IN THE UNITED STATES
DISTRICT COURT SOUTHERN
DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



ALLEN R. BLAIR                                         PLAINTIFF

VS.                              CIVIL NO. 1:15-CV-400-HSO-JC(

YUM BRANDS, TACO BELL                       DEFENDANTS

MOTION TO DENY
DISMISSAL

COMES NOW, PLAINTIFF ALLEN R. BLAIR, pro se, AGAINST DEFENDANTS YUM BRANDS, TACO BELL, IN THE ABOVE STYLE CAUSE, AND SUBMIT MOTION TO DENY DISMISSAL.

THE DEFENDANTS <u>YUM BRANDS, TACO BELL</u>, RESPONSE TO THE COMPLAINT, IS A UNPROFESSIONAL ATTEMPT TO ADVERT ATTENTION FROM A SERIOUS MATTER.

1. NOT HAVING A <u>EXCLAMATION POINT</u> BY THEIR NAME, WHICH IS REALLY A <u>PUNCTUATION MARK</u>, <u>NOT</u> A WORD.

2. AND LLC AND INC. ONLY MEANS THAT THE COMPANY IS INCORPARATED. DEMANDING ACKNOWLEDGMENT OF THAT IS JUST AN ATTEMPT TO FEED MY DEFENDANTS <u>YUM BRANDS, TACO BELL</u>, EGO. BY RUBBING THEIR MONEY IN THE COURTS FACE.

3. BOTH POINTS OF THE DEFENDANTS <u>YUM BRANDS, TACO BELL</u>, MOTION ARE FRIVOLOUS

4. JURY HAS <u>NOT</u> HEARD THE CASE.

RESPECTFULLY SUBMITTED, THIS THE
4 DAY OF MARCH, 2016.

*Allen R. Blair*

ALLEN R. BLAIR
623 GEORGIA ST.
GULFPORT, MS
   39501

## CERTIFICATE OF SERVICE

I, **Allen R. Blair**, do hereby certify, that I have this day filed the foregoing with the Clerk of Court, and sent a copy of such filing by regular mail to the following:

**Robin Banck Taylor**
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PC
100 Renaissance, Suite 200
1022 Highland Colony Parkway
Ridgeland, MS 39157

**Blythe K. Lollar**
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P
100 Renaissance, Suite 200
1022 Highland Colony Parkway
Ridgeland, MS 39157

This the 4 day of MARCH, 2016.

By: Allen R. Blair