IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ALLEN R. BLAIR**                                                                                    **PLAINTIFF**

V.                                           CIVIL ACTION NO. 1:15-cv-400-HSO-JCG

**YUM! BRANDS, INC. & TACO BELL OF AMERICA, LLC**.        **DEFENDANTS**

<u>**ORDER GRANTING MOTION [16] TO STAY PROCEEDINGS
AND STAYING THE ABOVE CAPTIONED CAUSE**</u>

This cause comes before the Court on the Motion [16] to Stay Proceedings filed March 9, 2016, by Defendants Taco Bell of America, LLC and Yum! Brands, Inc.  On February 17, 2016, Defendants filed a Motion [9] pursuant to Rule 12(b)(6) and 12(e) of the Federal Rules of Civil Procedure.  Defendants now move the Court to stay the above captioned cause, including the telephonic case management conference and other discovery requirements, in order to significantly limit and reduce costs associated with preparation.  Mot. [16] at p. 2.

Having considered the Motion, the record, and relevant legal authorities, the Court finds that the circumstances here favor a stay of the proceedings.  The Court finds good cause exists to grant the Motion [16] to Stay and to stay the parties' obligations under Federal Rules of Civil Procedure 26(f) regarding discovery and disclosure requirements as well as participation in the Telephonic Case Management Conference until resolution of the pending Motion to Dismiss [9].  The parties shall promptly notify the Magistrate Judge of the entry of an order resolving the Motion to Dismiss.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Motion [16] to Stay Proceedings filed March 9, 2016, is **GRANTED.**  The above captioned cause

is stayed pending resolution of Defendants' Motion to Dismiss [9].

**SO ORDERED AND ADJUDGED**, this the 11th day of March, 2016.

*s/ John C. Gargiulo*
JOHN C. GARGIULO
UNITED STATES MAGISTRATE JUDGE