

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR 17 2016
ARTHUR JOHNSTON
BY_____ DEPUTY

IN THE UNITED STATES
DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF
MISSISSIPPI SOUTHERN DIVISION

ALLEN R. BLAIR                                   PLAINTIFF

    VS.                         CIVIL No. 1:15-CV-400-HSO-JCG

YUM BRANDS, TACO BELL                    DEFENDANTS


PLAINTIFFS' MOTION
TO LIFT STAY


COMES NOW, PLAINTIFF ALLEN R. BLAIR,
pro se, AGAINST DEFENDANTS'
YUM BRANDS, TACO BELL, IN THE ABOVE
STYLE CAUSE AND SUBMIT THIS
MOTION TO LIFT STAY SEEKING
RELIEF. DUE TO THE FOLLOWING:

1. DEFENDANTS' THEIR MOTION TO DISMISS [Doc. 9] FEBRUARY 17, 2016, ON FRIVOLOUS GROUNDS.

2. AS MORE FULLY ARTICULATED, I, ALLEN R. BLAIR, pro se, PLAINTIFF WAS RECORDED DURING RULE 26 CONFERENCE.

3. I, ALLEN R. BLAIR, pro se, PLAINTIFF SHOWN NO ABUSE OF THE DISCRITION OF JURISDICTION.

4. ALL EVIDENTIAL CONTENT OF DISCOVERY IS PREPARED, AND AWAIT YOUR REQUEST.

5. DEFENDANTS' FORESAW STRATEGY OF PLAINTIFF, AND FABRICATED MOTION TO STAY DISCOVERY.

6. JURY HAS NOT VIEWED THE CONTENTS OF EVIDENCE.

RESPECTFULLY SUBMITTED, THIS

MARCH THE 17 DAY OF, 2016.

_Allen R. Blair_

ALLEN R. BLAIR
623 GEORGIA ST.
GULFPORT, MS,
39501

CERTIFICATE OF SERVICE

I, ALLEN R. BLAIR, do hereby certify, that I have this day filed the foregoing with the Clerk of Court, and sent a copy of such filing by regular mail to the following:

B. LOLLAR
100 RENAISSANCE, SUITE 200
1022 HIGHLAND COLONY PARKWAY
RIDGELAND, MS 39157

R. TAYLOR
100 RENAISSANCE, SUITE 200
1022 HIGHLAND COLONY PARKWAY
RIDGELAND, MS 39157

This the 17 day of MARCH, 20 16.

By: Allen R. Blair