IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF MISSISSIPPI SOUTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR 22 2016
ARTHUR JOHNSTON
BY _____ DEPUTY

ALLEN R. BLAIR                                    PLAINTIFF

VS.                          CIVIL No. 1:15-cv-400-HSO-JCG

YUM BRANDS, TACO BELL                      DEFENDANTS

## AMENDED COMPLAINT

Comes Now, Plaintiff ALLEN R. BLAIR pro se against Defendants' YUM BRANDS, TACO BELL, in the above style cause and submit this Amended Complaint to clear dispute.

# FACT

I, <u>ALLEN R. BLAIR</u>, pro se AM A EX-EMPLOYEE OF TACO BELL. address: 9384 HIGHWAY 49 GULFPORT, MS 39503.

DURING [M]Y EMPLOYMENT I, <u>ALLEN R. BLAIR</u>, pro se WAS EXPOSED TO <u>SLAVERY</u>, BY GENERAL MANAGER AND AREA COACH. LEADERS WITHIN EMPLOYERS' COMPANYS "<u>FORCED</u>" [M]Y PERSON TO OBTAIN <u>SURVEYS</u> IN WHICH LEADERS RECIEVED <u>BONUSES</u> FOR GOOD <u>SURVEYS</u>.
TEAM MEMBERS DO <u>NOT</u> RECIEVE BONUSES.

<u>SURVEYS</u> ARE THE CUSTOMERS' "PERSONAL OPTION", IF THEY WANT THEIR EXPERIENCE DOCUMENTED WHETHER GOOD OR BAD. BEGGING OR HARASSING CUSTOMERS FOR A <u>SURVEY</u> TO OBTAIN ENTITLED LABOR HOURS IS <u>SLAVERY</u>.
TEAM MEMBER "<u>ONLY</u>" DUTIES ARE TO:

<u>TAKE ORDERS</u>, <u>MAKE THE FOOD</u>, AND

<u>CLEAN ENTIRE BUILDING</u>.

I, <u>ALLEN R. BLAIR</u>, pro se WAS HIRED AS A <u>CHAMPION</u>.

IF I, <u>ALLEN R. BLAIR</u>, pro se DID <u>NOT</u> OBTAIN <u>SURVEYS</u>, HOURS WOULD BE <u>ABSTRACTED</u> FROM TIME CARD, AND OR SCHEDULE.

DECEMBER 6, 2015, I, <u>ALLEN R. BLAIR</u>, pro se REBELLED AGAINST [M]Y INDECENT <u>INVOLUNTARY SERVITUDE</u>, AND I, <u>ALLEN R. BLAIR</u>, pro se WAS TERMINATED BECAUSE I, <u>ALLEN R. BLAIR</u>, pro se GAVE VOICE TO [M]Y <u>CIVIL RIGHTS</u> BEING VIOLATED.

JANUARY 31, 1865, WAS THE BEGINNING OF THE ABOLISHMENT OF <u>SLAVERY</u>, DECEMBER 13, 1865 IT WAS AMENDED INTO LAW, DOES THIS STILL STAND TRUE?

RESPECTFULLY SUBMITTED THIS THE 22 DAY OF MARCH 2016.

Allen R. Blair

ALLEN R. BLAIR
623 GEORGIA ST.
GULFPORT, MS
39501

## CERTIFICATE OF SERVICE

I, **ALLEN R. BLAIR**, do hereby certify, that I have this day filed the foregoing with the Clerk of Court, and sent a copy of such filing by regular mail to the following:

B. LOLLAR
100 RENAISSANCE, SUITE 200
1022 HIGHLAND COLONY PKWY
RIDGELAND, MS 39157

R. TAYLOR
100 RENAISSANCE, SUITE 200
1022 HIGHLAND COLONY PKWY
RIDGELAND, MS 39157

This the 22 day of MARCH, 2016.

By: Allen R. Blair