IN THE UNITED STATES
DISTRICT COURT SOUTHERN
DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



ALLEN R. BLAIR                    PLAINTIFF

VS.                    CIVIL No. 1:15-CV-400-HSO-RHW

YUM BRANDS, TACO BELL             DEFENDANTS

PLAINTIFFS' SECOND
MOTION TO DENY DISMISSAL

COMES NOW, PLAINTIFF ALLEN R. BLAIR, pro se AGAINST DEFENDANTS YUM BRANDS, TACO BELL, IN THE ABOVE STYLE CAUSE, AND SUBMIT THIS SECOND MOTION TO DENY DISMISSAL. SEEKING RELIEF.

1. DECEMBER 7, 2015, I, <u>ALLEN R. BLAIR</u>, pro se SUBMITTED COMPLAINT [DOC. 1] TO RECIEVE JUSTICE FOR VIOLATION OF [M]Y CIVIL RIGHTS.

2. MARCH 22, 2016, I, <u>ALLEN R. BLAIR</u>, pro se AMENDED COMPLAINT [DOC. 24] TO DEFINE THE SCOPE OF VIOLATION.

3. UNDERSTANDING OF FACTUAL ALLEGATIONS HAS BEEN ESTABLISHED.

4. JURY HAS <u>NOT</u> HAD A CHANCE TO REVIEW CONTENTS OF EVIDENCE.

RESPECTFULLY SUBMITTED,

THIS THE 29 DAY OF APRIL 2016.

ALLEN R. BLAIR
1623 GEORGIA ST.
GULFPORT, MS
39501

*Allen R. Blair*

## CERTIFICATE OF SERVICE

I, ALLEN R. BLAIR, do hereby certify, that I have this day filed the foregoing with the Clerk of Court, and sent a copy of such filing by regular mail to the following:

R. TAYLOR
100 RENAISSANCE, SUITE 200
1022 HIGHLAND COLONY PRKWY
RIDGELAND, MS 39157

B. LOLLAR
100 RENAISSANCE SUITE 200
1022 HIGHLAND COLONY PRKWAY
RIDGLAND, MS 39157

This the 29 day of APRIL, 2016

By: Allen R. Blair