**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**ALLEN R. BLAIR**                                                                                       **PLAINTIFF**

**V.**                                                           **CIVIL ACTION NO. 1:15cv400-HSO-RHW**

**YUM BRANDS AND
TACO BELL**                                                                                            **DEFENDANTS**

**NOTICE OF SERVICE OF DEFENDANTS'
FIRST SET OF INTERROGATORIES TO PLAINTIFF**

I, Robin Banck Taylor, one of the attorneys for Defendant, do hereby give notice to the Court that Defendant's First Set of Interrogatories were sent by United States Mail, postage fully prepaid, to Allen Blair, Pro Se Plaintiff on September 26, 2016.

THIS, the 30th day of September, 2016.

>**YUM! BRANDS, INC. AND
>TACO BELL OF AMERICA, LLC
>DEFENDANTS**
>
>BY:   */s/ Robin Banck Taylor*
>         Robin Banck Taylor  (MS Bar No. 100195)
>         robin.taylor@ogletreedeakins.com
>         Blythe K. Lollar (MS Bar No. 104554)
>         blythe.lollar@ogletreedeakins.com
>         OGLETREE, DEAKINS, NASH, SMOAK
>         & STEWART, P.C.
>         207 West Jackson Street
>         Suite 200
>         Ridgeland, Mississippi  39157
>         Telephone: (601) 360-8444
>         Facsimile: (601) 360-0995
>
>**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I, Robin Banck Taylor, the undersigned counsel, certify that on September 30, 2016, I electronically filed the foregoing with the Clerk of the Court using the ECF system and served a true and correct copy of said document via U.S. Certified Mail, return receipt requested on September 26, 2016, to the following:

Allen R. Blair
308 Highway 7 North Rear
Greenwood, Mississippi  38930

**PRO SE PLAINTIFF**

This, the 30th day of September, 2016.

*/s/ Robin Banck Taylor*
Robin Banck Taylor

26378486.1