IN THE UNITED STATES
DISTRICT COURT
DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV 01 2016
ARTHUR JOHNSTON
BY_____ DEPUTY

ALLEN R. BLAIR                                    PLAINTIFF

Vs.                       CIVIL No. 1:15-CV-400-HSO-RHW

YUM BRANDS, TACO BELL                             DEFENDANTS

MOTION TO SEAL
WITNESS LIST

COMES NOW, PLAINTIFF ALLEN R. BLAIR, pro se AGAINST DEFENDANTS' YUM BRANDS, TACO BELL, IN THE ABOVE STYLE CAUSE AND SUBMIT THIS MOTION TO SEAL WITNESS LIST SEEKING WITNESS PROTECTION:

1. DEFENDANTS' THINK PROCEDURAL LAW IS USELESS.

2. DEFENDANTS' DEMAND PRODUCTION OF WITNESS NAMES.

3. DEFENDANTS' DO NOT CARE IF WITNESS NAMES ACCIDENTLY GET PRESENTED IN DISCOVERY PROCEEDINGS.

4. REDACTED PERSONAL IDENTIFIERS IS JUSTIFICATION TO SEAL WITNESS LIST.

5. E-GOVERNMENT ACT OF 2002 44 U.S.C. §§ 3500, et seq.

6. 42 U.S.C.S. 1983

7. 4 OUT OF 5 WITNESSES ARE TEENAGERS.

RESPECTFULLY SUBMITTED,

THIS THE 1 DAY OF November 2016.

ALLEN R. BLAIR
623 GEORGIA St.
GULFPORT, MS
39501

Allen R. Blair

## CERTIFICATE OF SERVICE

I, ALLEN P. BLAIR, do hereby certify, that I have this day filed the foregoing with the Clerk of Court, and sent a copy of such filing by regular mail to the following:

R. TAYLOR
200 SUITE
207 WEST JACKSON STe
RIDGELAND, MS 39157

B. LOLLAR
200 SUITE
207 WEST JACKSON
RIDGELAND, MS 39157

This the 1 day of NOVEMBER, 2016.

By: Allen R. Blair