IN THE UNITED STATES
DISTRICT COURT
DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR 24 2017
ARTHUR JOHNSTON
BY_____ DEPUTY

ALLEN R. BLAIR                                    PLAINTIFF

V.                          CIVIL NO. 1:15-cv-400-HSO-RHW

YUM BRANDS, TACO BELL                             DEFENDANTS

MOTION FOR ATTORNEY'S FEE

PURSUANT TO FED. R. CIV. P. 54 (d)(2) I, ALLEN R. BLAIR, pro se AGAINST DEFENDANTS' YUM BRANDS, TACO BELL, IN THE ABOVE STYLE CAUSE AND SUBMIT THIS MOTION FOR ATTORNEY'S FEE, SEEKING EMINENT DOMAIN FOR PROVIDED ATTORNEY'S LEGAL SERVICES:

1. PLAINTIFF HAS THE RIGHT UNDER THE CONSTITUTION.

2. PLAINTIFF HAS THE RIGHT UNDER THE CONFEDERATION.

3. PLAINTIFF'S UNIVERSAL DECLARATION OF HUMAN RIGHTS IS IN TURMOIL.

4. PLAINTIFF IS UNDERGOING SAME AMOUNT OF STUDIES AS THE DEFENDANTS'.

5. PLAINTIFF NEEDS PROVISIONS TO CONDUCT [H]IMSELF HUMANELY.

6. PLAINTIFF SUFFERED DEFAMATION.

7. PLAINTIFF PRESENTS ENABLING STATUE.

RESPECTFULLY SUBMITTED,

THIS THE 24 DAY OF MARCH, 2017.

ALLEN R. BLAIR
623 GEORGIA ST.
GULFPORT, MS 39501

_Allen R. Blair_

CERTIFICATE OF SERVICE

I, ALLEN R. BLAIR, do hereby certify, that I have this day filed the foregoing with the Clerk of Court, and sent a copy of such filing by regular mail to the following:

R. TAYLOR
SUITE 200
207 WEST JACKSON St.
RIDGELAND, MS 39157

B. LOLLAR
SUITE 200
207 WEST JACKSON ST.
RIDGELAND, MS 39157

This the 24 day of MARCH, 2017.

By: Allen R. Blair