IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| ALLEN R. BLAIR | § | PLAINTIFF |
| --- | --- | --- |
| | § | |
| v. | § Civil No. 1:15cv400-HSO-RHW | |
| | § | |
| YUM BRANDS and TACO BELL | § | DEFENDANTS |

## FINAL JUDGMENT

This matter came on to be heard upon the Motion [62] for Summary Judgment filed by Defendants Yum Brands and Taco Bell. The Court, after a full review and consideration of the pleadings on file, the record as a whole, and relevant legal authority, finds that in accord with its Memorandum Opinion and Order entered this date,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 28th day of April, 2017.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE