IN THE UNITED STATES
DISTRICT COURT
DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



ALLEN R. BLAIR                                                    PLAINTIFF

V.                          CIVIL No. 1:15-cv-400-HSO-RHW

YUM BRANDS, TACO BELL                                             DEFENDANTS

NOTICE OF APPEAL

PURSUANT TO Fed. R. CIV. P. 73(C) I, ALLEN R. BLAIR, pro se AGAINST DEFENDANTS' YUM BRANDS, TACO BELL, IN THE ABOVE STYLE CAUSE SUBMIT THIS NOTICE OF APPEAL SEEKING writ of certiorari:

1. THE COURT HAS ENTERED FINAL JUDGEMENT ON APRIL 28, 2017 REGARDING THE ALLEGATIONS SET FORTH.

2. PLAINTIFF HAS THE RIGHT TO APPEAL FOR <u>IRREPARABLE INJURY</u> OF TRIAL BY JURY.

3. PLAINTIFF SUFFERED ERRONOUS INTERPRETATION OR APPLICATION OF CONSTITUTION OR LAW.

4. PLAINTIFF HAS THE ENABLING RIGHT FOR ATONEMENT UNDER THE <u>UNIFORM RULES</u>.

AT THIS TIME THE PLAINTIFF MOVES, TO OBTAIN RETURN DATE AND HUMBLY REQUEST THE COURT TO, PREPARE TO TRANSFER FILE TO THE FIFTH CIRCUIT OF APPEALS COURT IN LOUISIANA.

RESPECTFULLY SUBMITTED,

THIS THE 5 DAY OF MAY 2017.

ALLEN R. BLAIR
623 GEORGIA ST.
GULFPORT, MS
39501

*Allen R. Blair*

CERTIFICATE OF SERVICE

I, ALLEN R. BLAIR, do hereby certify, that I have this day filed the foregoing with the Clerk of Court, and sent a copy of such filing by regular mail to the following:

R. TAYLOR
SUITE 200
207 WEST JACKSON ST.
RIDGELAND, MS 39157

B. LOLLAR
SUITE 200
207 WEST JACKSON ST.
RIDGELAND, MS 39157

This the 5 day of MAY, 20 17.

By: Allen R. Blair

ALLEN R. BLAIR
623 GEORGIA ST.
GULFPORT, MS 39501