IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **ALLEN R. BLAIR** § | | **PLAINTIFF** |
| § | | |
| § | | |
| v. § | | Civil No. 1:15cv400-HSO-RHW |
| § | | Appeal No. 17-60350 |
| § | | |
| § | | |
| **YUM BRANDS,** *et al.* § | | **DEFENDANTS** |

## ORDER GRANTING PLAINTIFF'S [78] MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS* ON APPEAL

BEFORE the Court is Plaintiff Allen R. Blair's Motion [78] for Leave to Proceed *In Forma Pauperis* on Appeal. Blair was granted [6] leave to proceed *in forma pauperis* in this Court. Upon review of Blair's Motion [78] and relevant legal authority, and pursuant to Federal Rule of Appellate Procedure 24(a)(3), the Court finds that Blair's Motion [78] should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, Plaintiff Allen R. Blair's Motion [78] for Leave to Proceed *In Forma Pauperis* on Appeal is **GRANTED**, and Plaintiff is granted leave to proceed in this appeal without prepaying or giving security for fees and costs.

**SO ORDERED** this the 9th day of May, 2017.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE