# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

June 18, 2018

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re: Allen R. Blair
v. Yum Brands, et al.
No. 17-8471
(Your No. 17-60350)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk