# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

June 18, 2018

Mr. Arthur S. Johnston III
Southern District of Mississippi, Gulfport
United States District Court
2012 15th Street
Dan M. Russell Jr. United States Courthouse
Gulfport, MS 39501

    No. 17-60350   Allen Blair v. Yum Brands, et al
                     USDC No. 1:15-CV-400

Dear Mr. Johnston,

Enclosed is a copy of the Supreme Court order denying certiorari.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Charlene A. Vogelaar, Deputy Clerk
                              504-310-7648